JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUREKHA WEINBERG, ) | Case No. CV 12-6871-FMO (RNB) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| D.K JOHNSON, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: September 11, 2013

_____/S/_____
Fernando M. Olguin
United States District Judge