JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUREKHA WEINBERG,<br><br>    Petitioner,<br><br>    v.<br><br>D.K JOHNSON, Warden,<br><br>    Respondent. | Case No. CV 12-6871-FMO (RNB)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: September 11, 2013

                    /S/
_____
Fernando M. Olguin
United States District Judge